| Name: | BRADER-SIMS | | Brader-Sims- Pay History- Exhibit A | | Date: 1/3/2024 | |
|---|---|---|---|---|---|---|
| Loan # | | | | **Filed Bankruptcy 06/12/23** | **Time: 8:10** | |

| Date Posted to Account | Amount Paid | Post-Petition Due Date (Applied To) | Post-Petition Amount Due | Suspense Funds (+/-) | Suspense Balance | **EXHIBIT A** Comments |
|---|---|---|---|---|---|---|
| | | | | | $0.00 | |
| 07/01/23 | $ - | | | $ - | $ - | |
| | | 07/01/23 | $920.05 | | | First pp pmt @: $920.05 7/1/2023 |
| | | 08/01/23 | $920.05 | | | |
| | | 09/01/23 | $920.05 | | | |
| | | 10/01/23 | $920.05 | | | |
| | | 11/01/23 | $920.05 | | | |
| | | 12/01/23 | $920.05 | | | |
| | | 01/01/24 | $920.05 | | | |
| | | Totals: | $6,440.35 | | | PP Delinquency: $6,440.35 |
| | | | | | | Less Suspense: $0.00 |
| | | | | | | Total needed to cure delinquency: $6,440.35 |