# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11723-pmm |
| Alexander Michael Brader-Sims, | Chapter 13 |
| Debtor. | Related to ECF No. 33 |

## Debtor's Objection to Motion for Relief from Stay filed by Weichert Financial Services

**AND NOW**, Debtor Alexander Michael Brader-Sims, by and through her attorney, hereby objects to the Motion for Relief from Stay filed by Weichert Financial Services.

**NOW, THEREFORE**, the Debtor asks this Court to deny the Motion in the form of order attached and to grant such other and further relief in her favor as may be necessary and proper under the law.

Date: February 8, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by Weichert Financial Services to be served on all parties on the clerk's service list through the CM/ECF system.

Date: February 8, 2024

/s/ Michael A. Cibik
Michael A. Cibik

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-11723-pmm |
| Alexander Michael Brader-Sims, | Chapter 13 |
| Debtor. | Related to ECF No. 33 |

**Order Denying Motion for Relief from Stay filed by Weichert Financial Services**

    **AND NOW**, upon consideration of the Motion for Relief from Stay filed by Weichert Financial Services, and the Debtor's objection thereto, and after notice and hearing, it is hereby **ORDERED** that the Motion is **DENIED**.


Date: _____

                                              Ashely M. Chan
                                              U.S. Bankruptcy Judge