United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-11723-pmm
Alexander Michael Brader-Sims  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 2
Date Rcvd: Feb 14, 2024  Form ID: pdf900  Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander Michael Brader-Sims, 2303 Washington Ave, Northampton, PA 18067-1143 |
| cr | + | Lehighton Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 15 2024 00:31:00 | Weichert Financial Services, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Feb 15 2024 00:31:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2024  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2024 at the address(es) listed below:**

**Name**  **Email Address**
ANDREW L. SPIVACK
    on behalf of Creditor Weichert Financial Services andrew.spivack@brockandscott.com wbecf@brockandscott.com

JAMES RANDOLPH WOOD

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Feb 14, 2024     Form ID: pdf900     Total Noticed: 4

on behalf of Creditor Lehighton Area School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

MATTHEW K. FISSEL
on behalf of Creditor Weichert Financial Services wbecf@brockandscott.com matthew.fissel@brockandscott.com

MICHAEL A. CIBIK
on behalf of Debtor Alexander Michael Brader-Sims help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Alexander Michael Brader-Sims,   :   Chapter 13
                                                          :
        Debtor   :
                                                          :   Case No. 23-11723-pmm

## ORDER SETTING DEADLINE FOR FILING OF STIPULATION

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #33, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #37);

AND, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1. On or before March 14, 2024, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

02/13/2024

/Patricia M. Mayer/
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE