IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>ALEXANDER MICHAEL BRADER-SIMS<br>    Debtor | Case No. 23-11723-pmm |
| Weichert Financial Services,<br>    Movant | Chapter 13 |
| vs.<br>ALEXANDER MICHAEL BRADER-SIMS<br>    And<br>Tristan Douglas Brader-Sims, Andrea Jean Huxel,<br>(NON-FILING CO-DEBTOR'S)<br>    Respondents | 11 U.S.C. §362 and §1301 |

**ORDER**

**AND NOW**, this __19th__ day of __March__, 2024, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge