United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br>Alexander Michael Brader-Sims<br>    Debtor | Case No. 23-11723-pmm<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 19, 2024 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander Michael Brader-Sims, 2303 Washington Ave, Northampton, PA 18067-1143 |
| cr | + | Lehighton Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 20 2024 00:19:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 20 2024 00:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 20 2024 00:19:00 | Weichert Financial Services, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Mar 20 2024 00:19:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2024               Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 19, 2024 | Form ID: pdf900 | Total Noticed: 6 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Weichert Financial Services andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lehighton Area School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| MATTHEW K. FISSEL | on behalf of Creditor Weichert Financial Services wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Alexander Michael Brader-Sims help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| IN RE:<br>ALEXANDER MICHAEL BRADER-SIMS<br>    Debtor | Case No. 23-11723-pmm |
| Weichert Financial Services,<br>    Movant | Chapter 13 |
| vs.<br>ALEXANDER MICHAEL BRADER-SIMS<br>    And<br>Tristan Douglas Brader-Sims, Andrea Jean Huxel,<br>(NON-FILING CO-DEBTOR'S)<br>    Respondents | 11 U.S.C. §362 and §1301 |

**ORDER**

**AND NOW**, this  19th  day of  March                , 2024, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge