United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 23-11723-pmm

Alexander Michael Brader-Sims Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: May 16, 2024     Form ID: 155     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander Michael Brader-Sims, 2303 Washington Ave, Northampton, PA 18067-1143 |
| 14791494 | | Brock and Scott PLLC, 2011 Renaissance Blvd Ste 100, Kng of Prussa, PA 19406-2782 |
| 14791495 | | Carbon County Tax Claim Bureau, 2 Lehigh Ave, Jim Thorpe, PA 18229-2014 |
| 14791499 | | First Commonwealth Fcu, Attn: Bankruptcy, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 14849732 | + | Lehighton Area School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14849703 | + | Lehighton Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14791501 | + | Lehighton Area School District, 1000 Union St, Lehighton, PA 18235-1700 |
| 14791504 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14791507 | + | Weichert Finance, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 14791508 | + | Weissport Borough, 440 Allen St, Lehighton, PA 18235-2709 |
| 14807840 | | Wilmington Savings Fund Society, FSB, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14791497 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 17 2024 00:12:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14808220 | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 17 2024 00:12:00 | Weichert Financial Services, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 14792412 | | Email/Text: mrdiscen@discover.com | May 17 2024 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14791498 | + | Email/Text: mrdiscen@discover.com | May 17 2024 00:11:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14791500 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 17 2024 00:12:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14791496 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2024 00:35:02 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14791502 | | Email/Text: fesbank@attorneygeneral.gov | May 17 2024 00:12:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14791503 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14791504 | ^ | MEBN | May 17 2024 00:06:14 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14807068 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2024 00:12:00 | Quantum3 Group LLC, PO Box 2489, Kirkland WA 98083-2489 |
| 14806795 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2024 00:12:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: 155 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 14791505 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 17 2024 00:20:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14791506 | ^ | MEBN | May 17 2024 00:05:55 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14790739 | + | Email/Text: EBN@brockandscott.com | May 17 2024 00:11:00 | Weichert Financial Services, C/O Brock and Scott, PLLC, Andrew Spivack,Esq., 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14790473 | + | Email/Text: BankruptcyECFMail@mccalla.com | May 17 2024 00:12:00 | Wilmington Savings Fund Society, FSB, d/b/a, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Weichert Financial Services andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lehighton Area School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| MATTHEW K. FISSEL | on behalf of Creditor Weichert Financial Services wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Alexander Michael Brader-Sims help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Alexander Michael Brader−Sims<br><br>    Debtor(s). | Case No. 23−11723−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 16, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court