United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 23-11723-pmm
Alexander Michael Brader-Sims                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                   User: admin                                       Page 1 of 2
Date Rcvd: Jul 05, 2024                            Form ID: pdf900                                 Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Alexander Michael Brader-Sims, 2303 Washington Ave, Northampton, PA 18067-1143 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 06 2024 01:14:00 | Weichert Financial Services, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2024                                     Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Weichert Financial Services andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Lehighton Area School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| MATTHEW K. FISSEL | on behalf of Creditor Weichert Financial Services wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Alexander Michael Brader-Sims help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Jul 05, 2024 Form ID: pdf900 Total Noticed: 2

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| IN RE:<br>ALEXANDER MICHAEL BRADER-SIMS<br>    Debtor | Case No. 23-11723-pmm |
| Weichert Financial Services,<br>    Movant | Chapter 13 |
| vs.<br>ALEXANDER MICHAEL BRADER-SIMS<br>    And<br>Tristan Douglas Brader-Sims, (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

**ORDER MODIFYING SECTION §362 AUTOMATIC STAY**

Upon consideration of the Movant of Weichert Financial Services (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to 425 White Street, Weissport, PA 18235 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

**ORDERED** that the Trustee is directed to cease making any further distributions to the Movant; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and Weichert Financial Services may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

**Date: July 5, 2024**

*Patricia M. Mayer*

_____
Patricia M. Mayer