| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-11723-PMM**

Alexander Michael Brader-Sims
2303 Washington Ave
Northampton  PA   18067-1143

Petition Filed Date: 06/12/2023
341 Hearing Date: 09/19/2023
Confirmation Date: 05/16/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2023 | $550.00 | | 08/17/2023 | $550.00 | | 09/19/2023 | $550.00 | |
| 10/18/2023 | $550.00 | | 11/16/2023 | $550.00 | | 12/22/2023 | $550.00 | |
| 01/16/2024 | $550.00 | | 02/15/2024 | $550.00 | | 03/19/2024 | $550.00 | |
| 04/19/2024 | $550.00 | | 05/20/2024 | $550.00 | | 06/18/2024 | $623.00 | |
| 07/18/2024 | $623.00 | | | | | | | |

**Total Receipts for the Period:  $7,296.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $7,919.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $3,956.60 | $0.00 | $3,956.60 |
| 0 | CIBIK LAW, PC | Attorney Fees | $4,750.00 | $0.00 | $4,750.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 002 | Unsecured Creditors | $144.73 | $0.00 | $144.73 |
| 3 | FAY SERVICING LLC<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | WEICHERT FINANCIAL SERVICES<br>»» 004 | Mortgage Arrears | $18,551.78 | $1,207.51 | $17,344.27 |
| 5 | LEHIGHTON AREA SCHOOL DISTRICT<br>»» 005 | Secured Creditors | $898.90 | $58.51 | $840.39 |
| 6 | WEICHERT FINANCIAL SERVICES<br>»» 04P | Mortgage Arrears | $8,709.40 | $566.88 | $8,142.52 |
| 7 | CHASE CARD SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | FIRST COMMONWEALTH FCU | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11723-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $7,919.00 | Current Monthly Payment: | $623.00 |
| Paid to Claims: | $1,832.90 | Arrearages: | $0.00 |
| Paid to Trustee: | $775.40 | Total Plan Base: | $36,577.00 |
| Funds on Hand: | $5,310.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.