# Cibik Law, P.C.        INVOICE

1500 Walnut Street, Suite 900  
Philadelphia, PA 19102

Invoice # 1  
Date: 10/29/2024  
Due On: 11/28/2024

Alexander Michael Brader-Sims  
2303 Washington Ave  
Northampton, PA 18067

## 2405-Brader-Sims

## Bankruptcy 23-11723

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 06/05/2023 | MAC | A106 Communicate (with client) B110 Case Administration: Initial Consultation - discussed objectives with client, performed an initial financial analysis, and answered questions. | 2.00 | $700.00 |
| 06/09/2023 | MAC | A104 Review/analyze B110 Case Administration: Reviewed documents provided by client, wrote memo to file | 1.50 | $525.00 |
| 06/12/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted bankruptcy petition and SSN statement. | 0.40 | $140.00 |
| 06/12/2023 | IR | A111 Other B110 Case Administration: Filed bankruptcy petition and SSN statement. | 0.10 | $15.00 |
| 06/20/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted matrix list of creditors using credit report and other documents | 0.60 | $210.00 |
| 06/20/2023 | IR | A111 Other B110 Case Administration: Filed matrix list of creditors | 0.10 | $15.00 |
| 06/21/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss status of case | 0.10 | $15.00 |
| 06/26/2023 | IR | A103 Draft/revise B110 Case Administration: Drafted motion to extend time to file schedules, statements, and other documents | 0.10 | $15.00 |
| 06/26/2023 | IR | A111 Other B110 Case Administration: Filed motion to extend time to file schedules, statements, and other documents | 0.10 | $15.00 |
| 07/07/2023 | IR | A103 Draft/revise B110 Case Administration: Drafted motion to extend time to file schedules, statements, and other documents | 0.10 | $15.00 |
| 07/07/2023 | IR | A111 Other B110 Case Administration: Filed motion to extend time to file schedules, statements, and other documents | 0.10 | $15.00 |
| 07/14/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted schedules, statements, Chapter 13 plan, and other documents. | 3.70 | $1,295.00 |
| 07/14/2023 | IR | A111 Other B110 Case Administration: Filed schedules, statements, Chapter 13 plan, and other documents | 0.10 | $15.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/17/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss status of case | 0.10 | $15.00 |
| 08/24/2023 | MA | A104 Review/analyze B110 Case Administration: Reviewed all claims for facial validity | 0.70 | $245.00 |
| 08/24/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss status of case | 0.10 | $15.00 |
| 08/25/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted objection to claim number 3 | 0.70 | $245.00 |
| 08/25/2023 | IR | A111 Other B110 Case Administration: Filed objection to claim number 3 | 0.10 | $15.00 |
| 08/30/2023 | IR | A103 Draft/revise B110 Case Administration: Drafted employee income records | 0.10 | $15.00 |
| 08/30/2023 | IR | A111 Other B110 Case Administration: Filed employee income records | 0.10 | $15.00 |
| 09/18/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted first amended Chapter 13 plan | 1.50 | $525.00 |
| 09/18/2023 | IR | A111 Other B110 Case Administration: Filed first amended Chapter 13 plan | 0.10 | $15.00 |
| 09/18/2023 | MA | A101 Plan and prepare for B150 Meetings of and Communications with Creditors: Prepared for meeting of creditors | 0.60 | $210.00 |
| 09/18/2023 | MA | A109 Appear for/attend B150 Meetings of and Communications with Creditors: Represented debtor at 341 meeting of creditors | 0.40 | $140.00 |
| 09/18/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss status of case | 0.10 | $15.00 |
| 10/30/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss status of case | 0.10 | $15.00 |
| 12/01/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss status of case | 0.10 | $15.00 |
| 12/05/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss status of case | 0.10 | $15.00 |
| 12/19/2023 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss status of case | 0.10 | $15.00 |
| 01/23/2024 | MA | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Reviewed motion for relief from stay filed by mortgage company | 0.50 | $175.00 |
| 01/24/2024 | MA | A106 Communicate (with client) B110 Case Administration: Phone call with client - discussed motion for relief, problems with mortgage company, options moving forward, and decision | 1.10 | $385.00 |
| 01/30/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss status of case | 0.10 | $15.00 |

| | | | | |
|---|---|---|---|---|
| 02/08/2024 | MA | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings: Drafted objection to motion for relief from stay filed by mortgage company | 0.30 | $105.00 |
| 02/08/2024 | IR | A111 Other B140 Relief from Stay/Adequate Protection Proceedings: Filed objection to motion for relief from stay filed by mortgage company | 0.10 | $15.00 |
| 03/01/2024 | MA | A104 Review/analyze B110 Case Administration: Reviewed stipulation resolving motion for relief, including careful verification of all amounts in stipulation | 0.50 | $175.00 |
| 03/13/2024 | IR | A106 Communicate (with client) B110 Case Administration: Phone call with client to discuss status of case | 0.10 | $15.00 |
| 04/16/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted second amended Chapter 13 plan | 0.50 | $175.00 |
| 04/16/2024 | IR | A111 Other B110 Case Administration: Filed second amended Chapter 13 plan | 0.10 | $15.00 |
| 05/09/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted amended Schedule J | 0.30 | $105.00 |
| 05/09/2024 | IR | A111 Other B110 Case Administration: Filed amended Schedule J | 0.10 | $15.00 |
| 05/09/2024 | IR | A103 Draft/revise B110 Case Administration: Drafted pre-confirmation certification | 0.10 | $15.00 |
| 05/09/2024 | IR | A111 Other B110 Case Administration: Filed pre-confirmation certification | 0.10 | $15.00 |
| 10/29/2024 | EJG | A103 Draft/revise B160 Fee/Employment Applications: Reviewed time sheets and drafted fee application | 0.70 | $245.00 |
| 10/29/2024 | IR | A111 Other B160 Fee/Employment Applications: Filed fee application | 0.10 | $15.00 |
| | | **Quantity Subtotal** | | **18.7** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Assad | Attorney (former) | 11.8 | $350.00 | $4,130.00 |
| Michael Cibik | Principal Attorney | 3.5 | $350.00 | $1,225.00 |
| Edward Gruber | Deputy Attorney | 0.7 | $350.00 | $245.00 |
| Iesha Reid | Senior Paralegal | 2.7 | $150.00 | $405.00 |
| | **Quantity Total** | | | **18.7** |
| | | | Subtotal | $6,005.00 |
| | | | Total | $6,005.00 |
| | | | **Payment (06/10/2023)** | **-$1,250.00** |

| | |
|---|---:|
| Adjustment | -$5.00 |
| **Balance Owing** | **$4,750.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---:|---:|---:|
| 1 | 11/28/2024 | $6,005.00 | $1,255.00 | $4,750.00 |
| | | | **Outstanding Balance** | **$4,750.00** |
| | | | **Total Amount Outstanding** | **$4,750.00** |