# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11723-PMM |
| Alexander Michael Brader-Sims, | Chapter 13 |
| Debtor. | |

## Certificate of Service

I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

Scott F. Waterman (CM/ECF)

U.S. Trustee (CM/ECF)

Alexander Michael Brader-Sims
2303 Washington Ave
Northampton, PA 18067-1143


Date: October 29, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com