# Eastern District of Pennsylvania

| In re: | Case No. 23-11723-PMM |
|---|---|
| Alexander Michael Brader-Sims, | Chapter 13 |
| Debtor. | |

## Order Granting Cibik Law, P.C.'s Application for Compensation and Reimbursement of Expenses

The Court having considered the Application for Compensation and Reimbursement of Expenses filed by Applicant Cibik Law, P.C., and after notice and opportunity for hearing, it is hereby **ORDERED** that:

1. The application is **GRANTED**.

2. Compensation in the amount of **$6,000.00** and reimbursement of expenses in the amount of **$0.00** are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b), and 11 U.S.C. §330(a)(4)(B), less **$1,250.00**, which was previously paid by the debtor.

Date: 11/26/24

Patricia M. Mayer
U.S. Bankruptcy Judge