UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Alexander Michael Brader-Sims<br><br><br>                 Debtor | Chapter 13<br><br>Bankruptcy No. 23-11723-PMM |

CERTIFICATE OF SERVICE

     I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 16th day of January, 2025 by first class mail upon those listed below:

Alexander Michael Brader-Sims
2303 Washington Ave
Northampton, PA  18067-1143

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

Dave P. Adams, Esq.
Office of the United States Trustee

 

                                                      */s/ Kristen Gliem*
                                                      Kristen Gliem
                                                      for
                                                      Scott F. Waterman, Esq.
                                                      Standing Chapter 13 Trustee