United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Alexander Michael Brader-Sims  
    Debtor

Case No. 23-11723-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Feb 27, 2025      Form ID: pdf900      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alexander Michael Brader-Sims, 2303 Washington Ave, Northampton, PA 18067-1143 |
| 14791495 | | Carbon County Tax Claim Bureau, 2 Lehigh Ave, Jim Thorpe, PA 18229-2014 |
| 14791499 | | First Commonwealth Fcu, Attn: Bankruptcy, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 14849703 | + | Lehighton Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14849732 | + | Lehighton Area School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14791501 | + | Lehighton Area School District, 1000 Union St, Lehighton, PA 18235-1700 |
| 14791507 | + | Weichert Finance, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 14791508 | + | Weissport Borough, 440 Allen St, Lehighton, PA 18235-2709 |
| 14807840 | | Wilmington Savings Fund Society, FSB, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 28 2025 01:24:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 28 2025 01:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Feb 28 2025 01:24:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 14791494 | | Email/Text: EBN@brockandscott.com | Feb 28 2025 01:24:00 | Brock and Scott PLLC, 2011 Renaissance Blvd Ste 100, Kng of Prussa, PA 19406-2782 |
| 14791496 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2025 00:43:07 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850-5298 |
| 14791497 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2025 01:25:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14808220 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 28 2025 01:24:00 | Weichert Financial Services, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 14792412 | | Email/Text: mrdiscen@discover.com | Feb 28 2025 01:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14791498 | + | Email/Text: mrdiscen@discover.com | Feb 28 2025 01:24:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14791500 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 28 2025 01:24:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14791502 | | Email/Text: fesbank@attorneygeneral.gov | Feb 28 2025 01:24:00 | Pennsylvania Attorney General, 16th Floor, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2025 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| 14791503 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 28 2025 01:25:00 | Strawberry Square, Harrisburg, PA 17120<br>Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14791504 | ^ MEBN | Feb 28 2025 00:20:59 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14807068 | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2025 01:25:00 | Quantum3 Group LLC, PO Box 2489, Kirkland WA 98083-2489 |
| 14806795 | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2025 01:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14791505 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 28 2025 01:25:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14791506 | ^ MEBN | Feb 28 2025 00:20:27 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14790739 | + Email/Text: EBN@brockandscott.com | Feb 28 2025 01:24:00 | Weichert Financial Services, C/O Brock and Scott, PLLC, Andrew Spivack,Esq., 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14790473 | + Email/Text: BankruptcyECFMail@mccalla.com | Feb 28 2025 01:24:00 | Wilmington Savings Fund Society, FSB, d/b/a, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Weichert Financial Services, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| cr | *+ | Lehighton Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2025          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Weichert Financial Services andrew.spivack@brockandscott.com  wbecf@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 27, 2025 | Form ID: pdf900 | Total Noticed: 28 |

CHRISTINE C. SHUBERT
    christine.shubert@comcast.net J100@ecfcbis.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Lehighton Area School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

MATTHEW K. FISSEL
    on behalf of Creditor Weichert Financial Services wbecf@brockandscott.com matthew.fissel@brockandscott.com

MICHAEL A. CIBIK
    on behalf of Debtor Alexander Michael Brader-Sims help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Alexander Michael Brader-Sims

                Debtor

Chapter 13

Bankruptcy No. 23-11723-PMM

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 27, 2025**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE